IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JOSHUA GABRIEL SYROP,**

    Plaintiff,

v.

**WHOLE FOODS MARKET OF THE PACIFIC NORTHWEST,** *a foreign corporation,*

    Defendant.

No. 3:14-cv-01293-ST

OPINION AND ORDER

**MOSMAN, J.,**

On October 20, 2015, Magistrate Judge Janice Stewart issued her Findings and Recommendation (F&R) [27], recommending that Defendant's Motion for Summary Judgment [14] should be GRANTED as to the claim for common law wrongful termination and DENIED as to the claim for violation of O.R.S. 659A.199. No objections to the Findings and Recommendation were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, *de novo* or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation and I ADOPT the F&R [27] as my own opinion.

IT IS SO ORDERED.

DATED this 12 day of November, 2015.

MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER